JS - 6

FILED: 11/13/14

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kyung M. Choi*,<br>    **Plaintiff**,<br>  v.<br>*United States of America, et al.*,<br>    **Defendant.** | CASE NO. CV 13-8223-GHK (PLAx)<br><br>JUDGMENT |

Pursuant to the Court's November 13, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 13, 2014

_____
GEORGE H. KING
Chief United States District Judge